UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. **5:19-cv-01055-VAP (MAA)** | Date: **August 26, 2019** |
| Title **Michael Deon Little II v. Upland Police Department** *et al.* | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Chris Silva | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):** Order to Show Cause Why This Case Should Not Be Dismissed for Want of Prosecution

    On July 8, 2019, the Court issued an Order Dismissing Complaint Pursuant to Federal Rule of Civil Procedure 8 ("Rule 8"). ("Order," ECF No. 8.) The Court ordered Plaintiff Michael Deon Little ("Plaintiff"), no later than August 7, 2019, to either file a First Amended Complaint ("FAC") that complies with Rule 8 or advise the Court that Plaintiff does not intend to file a FAC. (*Id*. at 4.) The Court explicitly cautioned Plaintiff that "**failure to timely file a FAC, or timely advise the Court that Plaintiff does not intend to file a FAC, will result in a recommendation that this action be dismissed for failure to prosecute and/or failure to comply with court orders pursuant to Federal Rule of Civil Procedure 41(b)**." (*Id*.)

    To date, Plaintiff has filed neither a FAC nor a Notice of Dismissal of the action. (A Notice of Dismissal form is attached to this order.) Plaintiff is **ORDERED TO SHOW CAUSE** by **September 25, 2019** why the Court should not recommend that the case be dismissed for want of prosecution. *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1. If Plaintiff files a FAC or a Notice of Dismissal on or before that date, this Order to Show Cause will be discharged, and no additional action need be taken.

    **Failure to comply with this order will result in a recommendation that this action be dismissed for failure to prosecute and/or failure to comply with court orders pursuant to Federal Rule of Civil Procedure 41(b).**

It is so ordered.

<u>Attachment</u>
Notice of Dismissal (CV-09)